IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GREISI CRESENCIA ARGUETA-VAINAS,        )
                                        )
                                        )
        Petitioner,                     )        NO. 3:26-cv-00887
                                        )
v.                                      )        JUDGE RICHARDSON
                                        )
CHRISTOPHER BULLOCK, et al.,            )
                                        )
        Respondents.                    )

## <u>ORDER</u>

Pending before the Court is Petitioner's "Motion to Amend Caption" (Doc. No. 9, "Motion"). Via the Motion, Petitioner moves to amend the caption in this action to reflect the correct spelling of Petitioner's name. Specifically, Petitioner seeks to correct the spelling of her name in the caption from Greisi Cresencia Argueta-Vainas to Greis Cresensia Argueta Vallinas.

The Motion (Doc. No. 9), being well-taken and unopposed, is **GRANTED**. Accordingly, the Clerk of the Court is **DIRECTED** to correct Petitioner's name on the docket to Greis Cresensia Argueta Vallinas, and the Court and the parties shall use that caption going forward.

IT IS SO ORDERED.


_Eli Richardson_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE